# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

———————————————

NAVARIUS O. MASON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-2845

———————————————

December 5, 2025

Appeal from the Circuit Court for Sarasota County; Dana M. Moss, Judge.

Andrea Flynn Mogensen of Law Office of Andrea Flynn Mogensen, P.A., Sarasota, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Alicia M. Winterkorn, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

    Affirmed.


LUCAS, C.J., and KELLY and KHOUZAM, JJ., Concur.

_____

Opinion subject to revision prior to official publication.